UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EDGARDO R. EVANGELIO, JORGE        ) Case No.:
CANAL GAMBOA, MANUEL DE JESUS      )
MONTALBAN VELASQUEZ, CLIMACO       )
SANDOVAL SELERIO, TITO SABINO      )
REMETIO.                           )
       Plaintiffs                 )
  vs.                              )
                                       )
MIAMI TRADING & BROKERS, INC.

       Defendant

## COMPLAINT FOR SEAMAN'S WAGES UNDER 46 U.S.C. 10313

COME NOW Plaintiffs, by and through undersigned counsel, and state:

1. This is an action arising under 46 U.S.C. 10313. This case involves a federal question of law for jurisdictional purposes.

2. The Plaintiffs were all seamen on foreign Vessels for the relevant time period stated herein. This Court has jurisdiction pursuant to 46 U.S.C. 10313(i) accordingly.

3. The Defendant is a corporation that regularly transacts business within Dade County. Upon information and belief, the Defendant Corporation was the employer for the Plaintiffs for the relevant time periods stated herein.

4. All acts and omissions giving rise to this complaint occurred in Dade County. All Plaintiffs were hired in Dade County to work for Defendant and all payments for wages to be made under the contract were supposed to be made in Dade County.

5. All acts or omissions giving rise to this dispute took place in Dade County. The Plaintiffs were all seaman/sailors working for Defendant on different cargo Vessels named herein and regularly sailed from Miami to Haiti and/or the Dominican Republic

1

(round-trip) for the relevant time period for the time the subject Vessels were not dry-docked.

6. Manuel De Jesus Montalban Velasquez "Velasquez", a welder working on the Vessel Pioneer Sun and later on the M/N Mendiondo, worked for the Defendant from on or about 06/16/07 through 05/25/10 at a pay rate of $1,500 per month. However during the Months of October 2009 through May, 2010, the Defendant failed to pay "Velasquez" $7,053.33 in wages. Velasquez made both a written and verbal demand to the Defendant in May, 2010 for the payment of these wages and the Defendant has failed to pay Velasquez these wages to date.

7. Edgardo R. Evangelio "Evangelio", Vessel Captain on the Vessel Pioneer Sun, worked for the Defendant from on or about 02/17/09 through on or about 07/30/10 at a pay rate of $3,500 per month plus vacation pay totaling approximately $1200 as of 07/30/10. The Defendant failed to pay "Evangelio" approximately $4,700.00 in wages and vacation pay as stated above. Evangelio made a demand to the Defendant in July, 2010 for the payment of these wages and the Defendant has failed to pay Evangelio these wages to date.

8. Jorge Canal Gamboa "Gamboa", Chief Engineer on the Vessel M/N MENDIONDO, worked for the Defendant from on or about 07/24/09 through on or about 05/25/10 at a pay rate of $3,000 per month plus vacation pay totaling approximately $1275 as of 05/25/10. The Defendant failed to pay "Gamboa" approximately $11,449.00 in wages and vacation pay as stated above which arose during November 2009 through May, 2010. "Gamboa" made a demand to the Defendant in May, 2010 for the payment of these wages and the Defendant has failed to pay Gamboa these wages to date.

9. Climaco Sandoval Selerio "Selerio", Chief Mate on the Vessel Pioneer Sun, worked for the Defendant from on or about 02/18/09 through on or about 07/31/09 at a pay rate of $2,000 per month plus vacation pay totaling approximately $566 as of 07/31/09. The Defendant failed to pay "Selerio" approximately $2,583.00 in wages and vacation pay as stated above. Selerio made a demand to the Defendant in July, 2009 for the payment of these wages and the Defendant has failed to pay Selerio these wages to date.

10. Tito Sabino Remetio "Remetio", able seaman on the Vessel Pioneer Sun, worked for the Defendant from on or about 02/05/08 through on or about 07/01/09 at a pay rate of $830.00 per month plus vacation pay totaling approximately $500 as of 07/01/09. The Defendant failed to pay "Remetio" approximately $1,330.00 in wages and vacation pay as stated above. Remetio made a demand to the Defendant in July, 2009 for the payment of these wages and the Defendant has failed to pay Remetio these wages to date.

11. By not paying the Plaintiffs the wages as set forth above, the Defendant has violated 46 U.S.C. 10313(f).

12. Under 46 U.S.C. 10313(g), each Plaintiff is entitled to 2 days wages for each day payment is delayed.

13. The Defendant has acted arbitrarily and/or unreasonably in not paying each Plaintiff the wages as set forth above.

WHEREFORE, EACH PLAINTIFF REQUESTS A JUDGMENT FOR 2 DAYS WAGES FOR EACH DAY PAYMENT HAS BEEN DELAYED OR AN AMOUNT FOR EACH PLAINTIFF AS ALLOWED BY LAW, WHICHEVER IS GREATER, AS SET FORTH IN THE COMPLAINT ABOVE AND REASONABLE ATTORNEY'S FEES AND COSTS OF SUIT AND ALL OTHER RELIEF AVAILABLE UNDER

APPLICABLE LAW. THE PLAINTIFFS REQUEST A TRIAL BY JURY.

## COUNT II: COUNT FOR UNPAID WAGES PURSUANT TO FLORIDA STATUTE 448.08.

COME NOW THE PLAINTIFFS, and re-adopt the jurisdictional and factual allegations in paragraphs #3 through #10 and #13 above and further state:

14. This is an action under Florida law for unpaid wages pursuant to F.S. 448.08.

15. The Defendant has not paid Plaintiffs the wages as set forth above. The Plaintiffs were Defendants employees for the relevant time periods set forth above.

16. By not paying Plaintiffs their wages as set forth above, the Defendant has violated F.S. 448.08

WHEREFORE, THE PLAINTIFF REQUESTS ALL DAMAGES ALLOWED UNDER FLORIDA LAW INCLUDING BUT NOT NECESSARILY LIMITED TO LIQUIDATED DAMAGES AND REASONABLE ATTORNEYS FEES FROM DEFENDANT BE PROVEN AT THE TIME OF TRIAL FOR ALL UNPAID WAGES STILL OWING FROM EACH PLAINTIFF'S ENTIRE EMPLOYMENT PERIOD WITH DEFENDANT OR, AS MUCH AS ALLOWED BY FLORIDA--WHICHEVER IS GREATER ALONG WITH COURT COSTS, INTEREST, AND ANY OTHER RELIEF THAT THIS COURT FINDS REASONABLE UNDER THE CIRCUMSTANCES. THE PLAINTIFFS REQUEST A TRIAL BY JURY.

**Respectfully submitted,**

**J.H. ZIDELL
ATTORNEY FOR PLAINTIFF
300 71st STREET #605
MIAMI BEACH, FLORIDA 33141
305-865-6766
F.B.N. 0010121**

**BY:＿＿/s/ J.H. ZIDELL
J.H. ZIDELL**