UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDGARDO R. EVANGELIO, JORGE CANAL GAMBOA, MANUEL DE JESUS MONTALBAN VELASQUEZ, CLIMACO SANDOVAL SELERIO, TITO SABINO REMETIO.<br>    Plaintiffs<br> vs.<br><br>MIAMI TRADING & BROKERS, INC.<br><br>    Defendant | ) Case No.: 11-21004-CIV-UNGARO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR FINAL DEFAULT JUDGMENT PURSUANT TO 46 U.S.C. 10313 AS TO DEFENDANTS AS TO PLAINTIFF EVANGELIO AND FOR AN ENLARGEMENT REGARDING REMAINING PLAINTIFFS TO FILE AMENDED FINAL JUDGMENT**

Pursuant to the Federal Rules of Civil Procedure and the Court's Order [DE 13], Plaintiffs request entry of the above-described Final Default Judgment and Enlargement and state:

1. Plaintiffs hereby attach Plaintiff Evangelio's Affidavit reflecting total damages claimed. Evangelio has been owed $4,700 since 7/30/10 and thus 283 days have passed. As set forth in the Complaint, Evangelio was paid $3,500 per month plus vacation. Thus, using that figure not including vacation (and also conservatively using 30 days to calculate daily pay), Plaintiff's daily rate was approximately at least $116 per day. Under 46 U.S.C. 10313(g) Plaintiff is entitled to 2 days wages for each day delayed. This matter is NOT a class action under 10313(g). Thus Plaintiff Evangelio

      seeks the unpaid $4,700 plus $65,656 ($232 X 283 days).  **Plaintiff Evangelio's damages thus total: $70,356.**

2. Plaintiffs plan to later file a Motion for Fees and Costs under SDLR 7.3.

3. As to the other Plaintiffs in this cause, J.H. Zidell, Esq. indicated to the undersigned that they are on board in Miami and awaiting clearance.  Those Plaintiffs are arriving from Haiti.  Thus, Plaintiffs need a short enlargement to allow them to leave port and travel to the undersigned's office to complete their Affidavits.  Thereafter the undersigned firm needs time to prepare and file an Amended Final Judgment.

## MEMORANDUM OF LAW AND ARGUMENT

### Defendants have failed to timely respond to the Complaint

Fed. R Civ. P. 4(a) states that the summons must state the time within which the defendant must appear and defend, and notify the defendant that failure to do so will result in a judgment by default against the defendant for the relief demanded in the complaint. Defendants failed to respond pursuant to Fed. R Civ. P. 12(a)(1)(A). Accordingly, a clerk's default has already been entered pursuant to Fed. R Civ. P. 55 as to Defendants.

Plaintiff moves for default regarding damages sought under 46 U.S.C. 10313 concerning Defendant MIAMI TRADING & BROKERS, INC.  Plaintiff's attached Affidavit is in compliance with the Servicemembers Civil Relief Act and other relevant law as there are no individual Defendants.  Plaintiffs also seeks all fees and costs to be sought separately after final judgment is entered.

**Enlargement Request.**

The Court should find good cause shown to justify the requested extension under Fed.R.Civ.P. Rules 6 and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995). The Court has discretion to grant enlargements. A scheduling order has not been entered and therefore no order will be impacted. *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). Plaintiffs request an extension through 5/11/11 to file an amended Final Judgment to include the other Plaintiffs. The other Plaintiffs could not possibly have timely completed the Affidavits as they only now are arriving to Miami and time is needed as stated. An extension through 5/11/11 is a modest request and is needed given the circumstances.

WHEREFORE THE PLAINTIFF EVANGELIO REQUESTS ENTRY OF A FINAL DEFAULT JUDGMENT AGAINST THE ABOVE-DESCRIBED DEFENDANT MIAMI TRADING & BROKERS, INC. MOREOVER, PLAITNIFFS REQUEST AN EXTENSION THROUGH 5/11/11 TO FILE AN AMENDED FINAL JUDGMENT TO INCLUDE THE CLAIMS OF THE REMAINING PLAINTIFFS.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
BY:____/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 5/9/11 TO:**

**(VIA U.S. MAIL AS NO COUNSEL OF RECORD IS LISTED)
MIAMI TRADING & BROKERS, INC.
REGISTERED AGENT ROGELIO DIAZ
3600 NW NORTH RIVER DRIVE
MIAMI, FL 33142**

**BY:** ____/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**